## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

IN THE MATTER OF:            *
                             *
TIMOTHY EUGENE MOSES         *        Misc. No.: 115-005
                             *
                             *

### O R D E R

In the captioned matter an order was entered July 14, 2015, for the purpose of setting a disciplinary hearing to be held on August 24, 2015. In the interim, Mr. Timothy Eugene Moses has submitted his withdrawal "from the roll of attorneys admitted to practice in the United States District Court for the Southern District of Georgia," appended hereto.

Upon the foregoing, it appears that any issues to be raised in the hearing set for August 24, 2015, are now moot.

Accordingly, **IT IS HEREBY ORDERED** that the hearing aforementioned is **CANCELLED**. **IT IS FURTHER ORDERED** that the Clerk of this Court shall forthwith remove and delete the name of Timothy Eugene Moses from the roll of attorneys practicing in this district.

**IT IS FURTHER ORDERED** that henceforth Timothy Eugene Moses shall not attempt to practice or engage in any pretense of practice within or before this Court.

The Clerk is **DIRECTED** to close this miscellaneous file without taxing costs in any manner.

**ORDER ENTERED** at Augusta, Georgia this 19th day of August, 2015.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE

# MosesLawGroup
BUSINESS | INTELLECTUAL PROPERTY | TECHNOLOGY

1030 Stevens Creek Road, Suite 140
Augusta, Georgia 30907-3204
(706) 860-8030 *telephone*

---

**Timothy E. Moses**                                    TEM@moseslawgroup.com
*\* Licensed in Georgia and South Carolina*

August 18, 2015

Hon. J. Randal Hall
Hon. Dudley H. Bowen, Jr.
United States District Court
600 James Brown Blvd.
Augusta, GA 30901

Dear Judge Hall and Judge Bowen:

I am writing to withdraw from the roll of attorneys admitted to practice in the United States District Court for the Southern District of Georgia. As the Court is aware, I am facing disciplinary proceedings currently pending before the South Carolina Supreme Court. As I have repeatedly expressed throughout that proceeding, there is no excuse for what I did and I am very ashamed of my actions. Further, after the South Carolina Supreme Court disciplines me, the Supreme Court of Georgia will then impose its discipline on me, as the enclosed letter from Mr. Warren R. Hinds explains.

I have the greatest respect for the Court. Therefore, I respectfully request to withdraw from the roll of attorneys admitted to practice in this Court. Consistent with my duties under Local Rule 83.7, today I have filed motions to withdraw from the two cases pending in the Court where I appear as counsel of record (CV 114-216 and CV 115-20).

Very respectfully submitted,

*[signature]*

Timothy E. Moses

TEM|tps
w/ enclosure

copy to:   Mr. David Stewart